## Robert G. SARLO, Claimant–Appellant,

v.

## R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 2007–7151.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

### ORDER

Upon consideration of Robert G. Sarlo's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.